## CAUSE No.: 05-15-00040-CV

Noel Alonso Mejia
(MOVANT/APPELLANT)

FILED IN
COURT OF APPEALS

FEB 25 2015

LISA MATZ
CLERK, 5th DISTRICT

§ IN THE 5th DISTRICT

§ COURT OF APPEALS,

§ DALLAS COUNTY, TEXAS

## MOTION TO PRODUCE ENTIRE TRIAL RECORD/CLERK AND COURT REPORTERS RECORD

### TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Noel Alonso Mejia Appellant/Movant, PRO-se in the above styled and numbered cause of action, and files this Motion to produce Entire Trial Record/Clerk Record and Court Reporter's Record in original Trial Cause No. F93-00369-VU, and original Appeal Cause No. 05-93-00462-CR, as in a Form of appealing this Honorable court's denial for Writ of Mandamus filed in this same Honorable 5th District court of Appeals on 6th day of January, 2015 and said order was entered January 21, 2015 IN which this court's Honorable Judge MR. Douglas S. Lang, stated that in such petition for Writ of Mandamus Relator Noel Alonso Mejia Failed to show this honorable court that "any official who is subject to this court's mandamus jurisdiction has refused to perform a ministerial act." Herein I am attaching a letter/Response I have received from this Honorable 5th District court of Appeal's clerk, as an "EXHIBIT A" that I actually did (1 OF 6) PAGE

seek an adequate Remedy at Law, **PRIOR** to the Filing of said Writ of Mandamus as mentioned above by Formally Requesting to her <u>Mrs. Lisa Matz</u> For Free copies of my entire Records etc...., so I could then be able to File a 11.07 Petition For Habeas Corpus seeking Post-Conviction Relief. I also did explained to this Honorable <u>5th</u> District Court of Appeals Clerk <u>Mrs. Lisa Matz</u>, that due to my indigence Condition I was unable to pay For said copies of documents, Nonetheless my Personal Request to her went Unfulfilled. Therefore, I subsequently filed a Petition For Habeas Corpus/Writ of Mandamus as an official attempt to acquire Free copies of my own entire cause/Record as the Supreme Law of this Land (UNITED STATES) commands that I am entitle to get, <u>when</u> one is being held in custody in violation of The U.S. Constitution (I Got indicted and Convicted under Texas Penal Code 19.02 (a) (1) which = MURDER **BUT** I've been incarcerated 22 yrs. serving a sentence For 19.03 Capital/Murder?) and is also unable to pay For the cost of it. PLEASE SEE GRIFFIN V. ILLINOIS, 35 U.S. 12, 19, 76 S. Ct. 585-590 100 L. Ed 891 (1956). Lane V. Brown, 372 U.S. 477, 484

(PAGE 2 OF 6)

— 83 S. Ct. 768, 772, 9 L. Ed 2d 892 (1963) **extended** "the Griffin principle (to) apply to state collateral proceedings." Indigents must be furnished a copy of the transcript for appellate review of an adverse decision in Post-Conviction proceedings. Long V. District Court, 385, U.S. 192, 87 S. Ct. 362, 17 L. ed 2d 290 (1966) (Per-curiam). Also PLEASE See Thompson V. House wright, 741, F2d 213-216 (1984).

# PRAYER

Wherefore Premises Considered, Movant/Appellant/Relator Prays this Honorable Court will consider this information presented herein, and will GRANT this motion, ordering this Honorable 5th court of appeals official/Clerk to provide Movant/Appellant/Relator to this present Cause of action with a copy of the Complete trial Records; (CLERK AND COURT REPORTER'S RECORD) so he could be able to file a more thorough and effective Habeas Corpus Petition seeking Post-Conviction Relief. IN TRIAL CAUSE NO.: F93-00369-VU

ORIGINAL

APPEAL CAUSE NO.: 05-93-00462-CR (PAGE 3 OF 6)

# CERTIFICATE OF SERVICE

I hereby certify that I am the applicant/movant in the above foregoing motion, and that I declare under penalty of perjury that I have read said form/motion and the factual allegations of the same are true and correct.

Executed on this ___17th___ day of ___February___, 2015

VERY TRUELY AND RESPECTFULLY SUBMITTED BY:

MR. Noel Alonso Mejia ... _nam_ .

(PRO-SE) MOVANT/APPELLANT.

FIND AT:

MR. Noel Alonso Mejia

T.D.C.J.-ID # 637924

Ellis-1 UNIT

1697 FM 980

HUNTSVILLE, TEXAS

77343

(ENCLOSED:
4 PAGES MOTION
TO PRODUCE RECORD
PLUS 2 PAGES LETTER
I RESPONSE FROM
5TH COURT OF APPEALS
CLERK TO ME DATED
NOV. 7TH, 2014 IN WHICH
SHE INFORMED ME I HAD
TO PAY FOR MY TRANSCRIPTS.
TOTAL OF PAGES IN THIS

(PAGE 4 OF 6)

CHIEF JUSTICE
CAROLYN WRIGHT

JUSTICES
DAVID L. BRIDGES
MICHAEL J. O'NEILL
KERRY P. FITZGERALD
MOLLY FRANCIS
DOUGLAS S. LANG
ELIZABETH LANG-MIERS
ROBERT M. FILLMORE
LANA MYERS
DAVID EVANS
DAVID LEWIS
ADA BROWN
CRAIG STODDART



# Court of Appeals
## Fifth District of Texas at Dallas

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
theclerk@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FASCIMILE
(214) 745-1083

INTERNET
WWW.TXCOURTS.GOV/5THCOA.ASPX

November 07, 2014

Noel A. Mejia
TDCJ No. 637924
Ellis Unit
1697 FM 980
Huntsville, Tx. 77343

RE:     Court of Appeals Number:     05-93-00462-CR
        Trial Court Case Number:     F93-00369-VU

Style:  Noel Alonso Mejia
        v.
        The State of Texas

_____   1.    The case has been submitted and is pending consideration.

_____   2.    The Court of Criminal Appeals has jurisdiction over post-conviction writs and habeas corpus. Please contact the Court of Criminal Appeals for any forms or information.

_____   3.    The Court has no record of an appeal on file in the above referenced name or trial court number.

_____   4.    Enclosed is a copy of the opinion in your appeal.

_____   5.    This Court does not appoint counsel

_____   6.    Neither the judges nor the staff of this Court can give legal advice. Therefore, you may wish to contact your attorney; the trial court; or the State Counsel for Offenders, Texas Department of Criminal Justice, P.O. Box 4005, Huntsville, TX, 77342 for further information or assistance.

_____ 7. The Court does not have jurisdiction to compel the trial court to provide you with free copies of any of your trial court records. This Court does not provide free copies of any documents without prepayment of costs. Our charge is $.10 per page payable in advance by cashier's check or money order.

_____ 8. Your case has been set for submission on

_____ 9. Our records reflect that the

_____ 10. Enclosed please find the copies you requested.

__x__ 11. The cost for the copies you requested is ( for copies of the reporters records only, 4 volumes 862 pages, cost to copy $86.20, court does not loan records. )


Respectfully,

/s/ Lisa Matz, Clerk of the Court

2